# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MICHELLE ALEXANDER                                    PLAINTIFF

v.                                 No. 4:25-cv-958-DPM

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC. and NIKE, INC.                         DEFENDANTS

## JUDGMENT

Alexander's complaint is dismissed with prejudice.   The Court

retains jurisdiction until 11 May 2026 to enforce the parties' settlement.


_____
D.P. Marshall Jr.
United States District Judge

9 March 2026